UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| DELANA KAY JONES, | Civil No. 6:18-CV-01479-MC |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the administrative law judge will reconsider Plaintiff's subjective allegations of physical and mental limitations; reconsider the medical opinion from Dr. Jacobson; update the medical record as necessary; and recommence with the sequential evaluation process, obtain vocational expert testimony, as necessary, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

IT IS SO ORDERED this __9th__ day of __July__, 2019.

                                                s/Michael J. McShane
                                            UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2112